IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00853-REB-MEH

TARA STEVENS FOX,

    Plaintiff,

v.

CHEYENNE MOUNTAIN RESORT, a Division of Massachusetts Mutual Life Insurance Company, and
BENCHMARK HOSPITALITY, INC., a Texas corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 27, 2010.**

    Plaintiff's Unopposed Motion to Modify Dates within which to Disclose Expert Testimony [filed August 27, 2010; docket #18] is **granted**. The Scheduling Order is modified as follows:

    Plaintiff shall designate all experts and provide opposing counsel and any *pro se* parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 21, 2010**;

    Defendant shall designate all experts and rebuttal experts and provide opposing counsel and any *pro se* parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 21, 2010**; and

    Plaintiff shall designate all rebuttal experts and provide opposing counsel and any *pro se* parties with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 22, 2010**.