IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00853-REB-MEH

TARA STEVENS FOX,

    Plaintiff,

v.

CHEYENNE MOUNTAIN RESORT, a Division of Massachusetts Mutual Life Insurance Company, and
BENCHMARK HOSPITALITY, INC., a Texas corporation,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 21, 2010.**

    Defendants' Motion to Permit Insurance Adjuster to Attend Settlement Conference via Telephone [filed September 20, 2010; docket #22] is **granted**. Defendants' insurance adjuster, Ms. Gill, may participate in the settlement conference set for October 14, 2010, by telephone, and Counsel for Defendants must appear for the conference in person.

    Counsel for Defendant must ensure, at risk of sanctions, that Defendants' insurance adjuster is available by telephone throughout the entirety of the conference. Moreover, the Court emphasizes to the parties that in its experience, cases may require more than one session to complete a settlement. Should this case not settle at the conference on October 14, 2010, the Court may hold a subsequent conference and, in that event, would likely require all necessary persons to be present.