**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-00853-REB-MEH

TARA STEVENS FOX,

    Plaintiff,

v.

CHEYENNE MOUNTAIN RESORT, a Division of Massachusetts Mutual Life Insurance Company, and
BENCHMARK HOSPITALITY, INC., a Texas corporation,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation To Dismiss With Prejudice** [#26] filed November 15, 2010. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation To Dismiss With Prejudice** [#26] filed November 15, 2010, is **APPROVED**;

2. That the Trial Preparation Conference set for April 1, 2011, is **VACATED**;

3. That the jury trial set to commence April 18, 2011, is **VACATED**; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated November 15, 2010, at Denver, Colorado.

                              **BY THE COURT:**

                              */s/ Bob Blackburn*
                              Robert E. Blackburn
                              United States District Judge